AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| A B C I P L L C, et al.<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 5:26–CV–02881–AVH–MLH |
| | ) Judge Alexander C Van Hook |
| SPORTS SOUTH LLC<br>Defendant | ) |
| | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Sports South LLC**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Matthew Turney Habig**
> **Plauche Maselli Parkerson**
> **701 Poydras St Ste 3800**
> **New Orleans, LA 70139**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   8/4/2026                     /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

5:26–CV–02881–AVH–MLH
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Sports South LLC** was received by me on
*(date)*_____.

- I personally served the summons on **Sports South LLC** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                          *Server's signature*

                                                       _____
                                                          *Printed name and title*

                                                       _____
                                                          *Server's address*

Additional information regarding attemped service,
etc: